# United States Court of Appeals for the Fifth Circuit

———————

No. 25-20538
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

June 8, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ANTONIO MEJIA LOPEZ,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:25-CR-294-1

———————————————————————

Before ELROD, *Chief Judge*, and SMITH and STEWART, *Circuit Judges*.
PER CURIAM:[*]

The Federal Public Defender appointed to represent Antonio Mejia Lopez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Mejia Lopez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected

———————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-20538

therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.